UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

UNITED STATES SECURITIES AND
EXCHANGE COMMISSION

        Plaintiff

v.

GRENDA GROUP, LLC,
GREGORY M. GRENDA and
WALTER F. GRENDA, JR.,

        Defendants.

Civil Action No.:
1:18-cv-00954

---

### CERTIFICATE PURSUANT TO RULE 7.1 OF THE FEDERAL RULES OF CIVIL PROCEDURAL

Defendant Grenda Group LLC hereby states that it is a nongovernmental corporate party and that there is no parent corporation, or any publicly held corporation, owning 10% or more of its stock.

DATED:    November 5, 2018

                              JOSEPH G. MAKOWSKI, LLC

By:   /s/ Joseph G. Makowski
       Joseph G. Makowski, Esq.
       *Attorney for Defendants*
       *Grenda Group, LLC and*
       *Gregory Grenda*
       448 Delaware Avenue
       Buffalo, New York 14202
       Telephone: (716) 881-1890
       Email: jmakowski@aol.com