**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NEW YORK (BUFFALO)**

|  |  |  |
|---|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | 18-CV-00954-CCR |
| | : | |
| GRENDA GROUP, LLC, GREGORY M. GRENDA, and WALTER F. GRENDA, JR., | : | |
| | : | |
| Defendants. | : | |

## MOTION TO SET INITIAL PRETRIAL CONFERENCE

Plaintiff Securities and Exchange Commission (the "SEC") respectfully requests that the Court set an initial pretrial conference pursuant to Federal Rule of Civil Procedure 16 and Local Rule 16(b)(1). The SEC has consulted with counsel for Grenda Group, LLC and Gregory M. Grenda (together, "Defendants"), who do not oppose this motion.[1]

In support of its motion, the SEC respectfully states that it filed this action on August 30, 2018. On August 31, 2018, the Court referred this litigation to mediation. Defendants answered the SEC's Complaint on November 5, 2018. Accordingly, the SEC respectfully requests that the Court set an initial pretrial conference, after which the SEC will promptly contact Defendants to confer pursuant to Federal Rule of Civil Procedure 26(f) and Local Rule 16(b)(2).

---

[1] On December 7, 2018, the Court entered a Final Judgment by consent resolving all claims against Walter F. Grenda, Jr. (Dkt. No. 22).

Dated: February 12, 2019
       New York, NY

Respectfully submitted,

*/s/ Haimavathi V. Marlier*

Haimavathi V. Marlier
Kimberly A. Yuhas
Securities and Exchange Commission
New York Regional Office
200 Vesey Street, Suite 400
New York, New York 10281
(212) 336-1055 (Marlier)
marlierh@sec.gov

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that, on February 12, 2019, I sent via email and ECF a copy of Plaintiff's

Motion to Set Initial Pretrial Conference to:

Joseph G. Makowski
Makowski Law Office
448 Delaware Ave.
Buffalo, NY 14202
jmakowski@aol.com

*Counsel for Defendants Grenda Group LLC
and Gregory M. Grenda*


    */s/ Haimavathi V. Marlier*
Haimavathi V. Marlier

3