

UNITED STATES
SECURITIES AND EXCHANGE COMMISSION
NEW YORK REGIONAL OFFICE
200 VESEY STREET, SUITE 400
NEW YORK, NEW YORK 10281-1022

WRITER'S DIRECT DIAL LINE
HAIMAVATHI V. MARLIER
(212) 336-1055
marlierh@sec.gov

March 26, 2019

**VIA ECF**
The Honorable Christina Clair Reiss
United States District Court
District of Vermont
P.O. Box 446
Burlington, VT 05402-0446

    Re:   *SEC v. Grenda Group, LLC et al.*, 1:18-cv-00954-CCR

Dear Judge Reiss:

    Plaintiff Securities and Exchange Commission (the "Commission") writes to respectfully request that its attorneys, the undersigned and Kimberly Yuhas, be permitted to attend the Scheduling Conference set for 11:30 a.m. on April 4, 2019 by telephone. Although it is our preference to appear before Your Honor in person, my caseload, including a deposition in another federal court litigation scheduled for April 3, 2019, makes travel to Buffalo on April 4, 2019 difficult. Counsel for defendants Grenda Group, LLC and Gregory Grenda does not oppose this request.

                            Respectfully submitted,

                            */s/ Haimavathi V. Marlier*

                            Haimavathi V. Marlier
                            Senior Trial Counsel

cc:    Joseph Makowski, Esq. (via email and ECF)
        *Counsel for Grenda Group, LLC and Gregory Grenda*