UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK (BUFFALO)

---

UNITED STATES SECURITIES AND
EXCHANGE COMMISSION

                **Plaintiff,**

     v.                                      18-CV-00954-CCR

GRENDA GROUP, LLC, et al.

              **Defendants.**

---

## ORDER ON MOTION TO CORRECT PARAGRAPH 55 OF THE COMPLAINT

Plaintiff Securities and Exchange Commission (the "SEC") having filed a Motion to Correct Paragraph 55 of the Complaint due to typographical errors, and Defendants Grenda Group, LLC and Gregory M. Grenda consenting to that Motion, it is hereby ordered that Paragraph 55 of the SEC's Complaint, filed August 30, 2018 (Dkt. No. 1) is corrected to allege:

> On August 15, 2016, Schwab faxed a termination letter (the "Termination Letter") to Grenda Group, informing it that the relationship had been terminated "due in part to [Grenda Group's] failure to adhere to Schwab business standards." On the same day, Schwab sent a copy of the Termination Letter to Grenda Group's clients via first class mail. Thus, although Grenda Group received the Termination Letter on the day it was issued, its clients received that letter some days later.

SO ORDERED:       _____

                           Christina Clair Reiss, U.S.D.J.

Dated:          _____5/6/19_____