UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

UNITED STATES SECURITIES AND
EXCHANGE COMMISSION

          Plaintiff

v.

GRENDA GROUP, LLC and
GREGORY M. GRENDA

          Defendants.

Civil Action No.:
1:18-cv-00954

---

## NOTICE OF MOTION IN LIMINE

**PLEASE TAKE NOTICE**, that defendants, Grenda Group, LLC and Gregory M. Grenda, will move this court, in limine, before the Hon. Christina Reiss, on Tuesday, November 30, 2021, at 10:00 a.m., at the United States District Court for the Western District of New York, 2 Niagara Square, Buffalo, New York, 14202, 7 West Cattaraugus Courtroom, or as soon thereafter as counsel for the parties can be heard, pursuant to Docket Numbers 91 and 97, for an Order precluding the expert testimony of Arthur Laby, the SEC's expert witness, from offering any legal conclusions upon the grounds recited by the Court in its May 17, 2021 Opinion and Order and to admit the November 6, 2018 Consent Decree, this Court's December 3, 2018 Final Order with respect to Walter Grenda and to admit the December 20, 2018 settled Order issued by the SEC in *In the Matter of Grenda Group, LLC (NY-09495)*, and for such other and further relief as to this Court seems just and proper.

DATED:      November 24, 2021

                                              JOSEPH G. MAKOWSKI, LLC

                                              By:  /s/ Joseph G. Makowski
                                                      Joseph G. Makowski, Esq.

*Attorney for Defendants*
448 Delaware Avenue
Buffalo, New York 14202
Telephone: (716) 881-1890

TO:     SECURITIES AND EXCHANGE COMMISSION
         New York Regional Office
         David Stoelting, Esq.
         Barry O'Connell, Esq.
         *Attorneys for Plaintiff*
         200 Vesey Street, Suite 400
         New York, New York 10281
         Telephone: (212) 336-0174 (Stoelting)
                         (212) 336-9098 (O'Connell)