AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

| WESTERN | DISTRICT OF | NEW YORK |
|---|---|---|

SEC

V.

Grenda GroupLLC/ Gregory Grenda

**Defendant EXHIBIT LIST**

Case Number:  18-cv-954

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Christina Reiss, District Judge | David Stoelting, Barry O'Connell | Joseph Makowski |
| TRIAL DATE (S) | COURT REPORTER | COURTROOM DEPUTY |
| 12/1-12/11/2021 | Karen Clark | Jennifer Ruddy |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | A | 12/2/2021 | x | yes | February 1, 2014 Asset Purchase |
| | B | 12/2/2021 | x | yes | February 1, 2014 Promissory Notes |
| | C | 12/2/2021 | x | yes | February 1, 2014 Bill of Sale and Assignment |
| | D | 12/2/2021 | x | yes | Tony Fruge SEC Email 12/10/2014 re: SEC Press Release |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | P | 12/2/2021 | x | yes | Interactive Brokers Email July 27, 2016 to Grenda Group re: E-mail verification |
| | Q | 12/2/2021 | x | yes | Frank Magnani July 28, 2016 e-mail to Grenda Group re: video-transfer of accounts |
| | R | 12/2/2021 | x | yes | Interactive Brokers E-mail July 29, 2016 re: Welcome to Interactive Brokers/Onboarding |
| | S | 12/2/2021 | x | yes | Interactive Brokers e-mails August 1, 2016 to Grenda Group re: Account Approval/Mass Upload |
| | | | | | |
| | U | 12/8/2021 | x | yes | Gregory Grenda emails to clients August 16, 2016-August 18, 2016 re: Schwab Letter |
| | | | | | |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of ____2____ Pages

U-Bates Numbers -153, 159, 160, 161, 162, 163, 164, 165, 166

AO 187A (Rev. 7/87)                    **EXHIBIT AND WITNESS LIST – CONTINUATION**

| | | | | | |
|---|---|---|---|---|---|
| SEC | | | vs. | Grenda Group, LLC, Gregory Grend | CASE NO.<br>18-cv-954 |

| PLF.<br>NO. | DEF.<br>NO. | DATE<br>OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | | | | | |
| | X | 12/2/2021 | x | yes | Buffalo News Article Walter Grenda December 12, 2014 re: SEC Charges |
| | Y | 12/2/2021 | x | yes | Buffalo News Article Walter Grenda February 12, 2016 re: FINRA Bar |
| | Z | 12/2/2021 | x | yes | Buffalo News Article Walter Grenda August 30, 2018 re: SEC Lawsuit |
| | AA | 12/2/2021 | x | yes | Consent of Walter Grenda November 6, 2018 |
| | BB | 12/2/2021 | x | yes | Final Judgment as to Walter Grenda December 3, 2018 |
| | CC | 12/2/2021 | x | yes | Order Instituting Proceedings December 20, 2018 *** |
| | | | | | |
| | | | | | |
| 50 | | 12/7/2021 | x | yes | SEC Subpoena (7.26.2013) (See Plaintiff Binder) |
| 51 | | 12/7/2021 | x | yes | SEC Subpoena (5.29.14) (see Plaintiff Binder) |
| 54 | | 12/7/2014 | x | yes | SEC Order 12.10.2014 (see Plaintiff Binder) |
| 55 | | 12/7/2021 | x | yes | FINRA Complaint (See Plaintiff Binder) |
| 56 | | 12/7/2021 | x | yes | Reliance Hearing Notice (also exhibit 114) (see Plaintiff binder) |
| 117 | | 12/7/2021 | x | yes | Reliance, Order Making Findings 7/31/2015 (W. Grenda Bar Order) (See Plaintiff Binder) |
| 61 | | 12/7/2021 | x | yes | FINRA Settlement Order 2.11.16 (See Plaintiff Binder) |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

| WESTERN | DISTRICT OF | NEW YORK |
|---|---|---|

SEC

**Defendant WITNESS LIST**

V.

Grenda Group, LLC, Gregory Grend

Case Number:  18-cv-954

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Christina Reiss, District Judge | David Stoelting, Barry O'Connell | Joseph Makowski |
| TRIAL DATE (S) | COURT REPORTER | COURTROOM DEPUTY |
| 12/1-12/11/2021 | Karen Clark | Jennifer Ruddy |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | | 12/8/2021 | | | Gregory Grenda |
| | | 12/7/2021 | | | Walter Grenda |
| | | 12/8/2021 | | | Jack Wesley |
| | | 12/8/2021 | | | Peter Andrews |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.