UNITED STATES DISTRICT COURT
FOR THE
WESTERN DISTRICT OF NEW YORK

SECURITIES & EXCHANGE COMMISSION,

    Plaintiff,

v.

GRENDA GROUP, LLC and
GREGORY M. GRENDA,

    Defendants.

Case No. 1:18-cv-954

FILED DEC 13 2021 MARY C. LOEWENGUTH, CLERK WESTERN DISTRICT OF NY

## VERDICT FORM

1. Has the SEC proven by a preponderance of the evidence that Grenda Group, LLC or Gregory M. Grenda violated Section 206(1) of the Advisers Act?

    a. Grenda Group, LLC

    Yes __✓__   No _____

    b. Gregory M. Grenda

    Yes __✓__   No _____

2. Has the SEC proven by a preponderance of the evidence that Grenda Group, LLC or Gregory M. Grenda violated Section 206(2) of the Advisers Act?

    a. Grenda Group, LLC

    Yes __✓__   No _____

    b. Gregory M. Grenda

    Yes __✓__   No _____

3. Has the SEC proven by a preponderance of the evidence that Gregory M. Grenda aided and abetted a violation by Grenda Group, LLC of:

   a. Section 206(1) of the Advisers Act?

   Yes __✓__   No _____

   b. Section 206(2) of the Advisers Act?

   Yes __✓__   No _____

SO SAY WE ALL.

_____
Foreperson

__12/10/21__
Date