Judgment in a Civil Case

United States District Court
WESTERN DISTRICT OF NEW YORK

SECURITIES AND EXCHANGE COMMISSION

**JUDGMENT IN A CIVIL CASE**
CASE NUMBER: 18-CV-954

v.

GRENDA GROUP LLC,
GREGORY M. GRENDA

☒ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED: that judgment is entered in favor of the plaintiff, Securities and Exchange Commission.

Date: December 13, 2021

MARY C. LOEWENGUTH
CLERK OF COURT

By: s/ Jennifer V.
    Deputy Clerk