UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

UNITED STATES SECURITIES AND
EXCHANGE COMMISSION

           Plaintiff

v.                                                                                       Civil Action No.:
                                                                                         1:18-cv-00954
GRENDA GROUP, LLC and
GREGORY M. GRENDA

           Defendants.

## NOTICE OF MOTION FOR AN EXTENSION OF TIME

**PLEASE TAKE NOTICE**, that defendants, Grenda Group, LLC and Gregory M. Grenda, will move this court before the Hon. Christina Reiss, at a date and time to be determined by the Court, at the United States District Court for the Western District of New York, 2 Niagara Square, Buffalo, New York, 14202, or as soon thereafter as counsel for the parties can be heard, pursuant to Rule 6(b)(1)(B) of the Federal Rules of Civil Procedure, for an Order granting an extension of time in which, until Monday, March 7, 2022, to file their post-trial motion, and for such other and further relief as to this Court seems just and proper;

DATED:       March 1, 2022

                                          JOSEPH G. MAKOWSKI, LLC

                                      By:  /s/  Joseph G. Makowski
                                              Joseph G. Makowski, Esq.
                                              *Attorney for Defendants*
                                              448 Delaware Avenue
                                              Buffalo, New York 14202
                                              Telephone: (716) 881-1890

TO:  SECURITIES AND EXCHANGE COMMISSION
     New York Regional Office
     David Stoelting, Esq.
     Barry O'Connell, Esq.
     *Attorneys for Plaintiff*
     200 Vesey Street, Suite 400
     New York, New York 10281
     Telephone: (212) 336-0174 (Stoelting)
                 (212) 336-9098 (O'Connell)