# EXHIBIT A

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

UNITED STATES SECURITIES AND
EXCHANGE COMMISSION

           Plaintiff

v.                                                                      Civil Action No.:
                                                                         1:18-cv-00954

GRENDA GROUP, LLC and
GREGORY M. GRENDA

           Defendants.

---

### ORDER GRANTING EXTENSION OF TIME

Defendants, GRENDA GROUP, LLC and GREGORY M. GRENDA, by and through their counsel, Joseph G. Makowski, LLC (Joseph G. Makowski, Esq. of Counsel), having moved for an Order, pursuant to Rule 6(b)(1)(b) of the Federal Rules of Civil Procedure, for an extension of time, until Monday, March 7, 2022, in which to file their post-trial motion, and for such other and further relief as to the Court may seem just and proper;

**NOW**, upon the Notice of Motion, dated March 1, 2022, in which Defendants moved for an Order, pursuant to Rule 6(b)(1)(b) of the Federal Rules of Civil Procedure, for an extension of time, until Monday, March 7, 2022, in which to file their post-trial motion, and for such other and further relief as to the Court may seem just and proper; and the attorney declaration of Joseph G. Makowski, Esq., dated March 7, 2022, with Exhibit "A" attached thereto; submitted in support of said motion; and no papers having been submitted by Plaintiff in opposition to said motion; and

**NOW**, upon consent of the parties, Plaintiff shall be granted two (2) weeks to file a reply to Defendants' post-trial motion; and

**NOW**, this matter having come before the Court upon submission only on March \_\_\_, 2022; and after due deliberation having been had; it is hereby

**ORDERED** that Defendants' motion, pursuant to Rule 6(b)(1)(b) of the Federal Rules of Civil Procedure, for an extension of time, until Monday, March 7, 2022, in which to file their post-trial motion, and Plaintiff shall have two (2) weeks to file a reply, is granted in its entirety.

_____
HON. CHRISTINE REISS