UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

UNITED STATES SECURITIES AND
EXCHANGE COMMISION

                Plaintiff,

v.

GRENDA GROUP, LLC, GREGORY M.
GRENDA and WALTER F. GRENDA, JR.,

                Defendants.
_____

**CERTIFICATION OF FILING**

Civil Action No.:
1:18-cv-00954

JOSEPH G. MAKOWSKI, ESQ., declares the following pursuant to 28 U.S.C. § 1746:

1.    I am an attorney at law with an office located at 448 Delaware Avenue, Buffalo, New York 14202. I am over eighteen (18) years of age and I am not a party to this action.

2.    I hereby certify that on March 6, 2022, I caused to be filed the foregoing Memorandum of Law in Opposition to Plaintiff's Motion for Post-Trial Sanctions, using the CM/ECF system, which would then notify the following CM/ECF participants:

> David Stoelting, Esq.
> Barry O'Connell, Esq.
> Securities and Exchange Commission
> 200 Vesey Street, Suite 400
> New York, New York 10281

3.    There were no parties to this action that were required to be notified via U.S. Mail or by any other means.

DATED:    March 6, 2022
                    Buffalo, New York

                                          /s/  Joseph G. Makowski, Esq.