

**UNITED STATES
SECURITIES AND EXCHANGE COMMISSION**
BROOKFIELD PLACE, 200 VESEY STREET, SUITE 400
NEW YORK, NY 10281-1022

NEW YORK
REGIONAL OFFICE

August 18, 2022

**VIA ECF**

The Honorable Christina Clair Reiss
United States District Court
District of Vermont
P.O. Box 446
Burlington, VT 05402-0446

    Re:   *SEC v. Grenda Group, LLC and Gregory M. Grenda*, 1:18-cv-00954-CCR

Dear Judge Reiss:

Plaintiff Securities and Exchange Commission respectfully submits for the Court's review and approval the following:

- Proposed Final Judgment as to Defendant Grenda Group, LLC; and
- Proposed Final Judgment as to Defendant Gregory M. Grenda.

These proposed Final Judgments impose the injunctive and monetary relief set forth in the Court's post-trial Opinion and Order dated August 11, 2022 (Dkt. 143).

                                 Respectfully submitted,

                                 */s David Stoelting*
                                 Senior Trial Counsel
                                 (212) 336-0174
                                 stoeltingd@sec.gov

cc (by ECF)
Joseph Makowski, Esq.
*Counsel for Grenda Group, LLC and Gregory Grenda*